**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No.  07-cr-00429-REB-05

UNITED STATES OF AMERICA,

    Plaintiff,

v.

5.  TELI LO,

    Defendant.[1]

---

**MINUTE ORDER[2]**

---

    The matter is before the court *sua sponte*.  On **December 8, 2010**, commencing at 10:00 a.m., the court shall conduct a telephonic setting conference to set a status/scheduling conference[3] in this matter focusing on defendant, Teli Lo.  Counsel for the government shall arrange, initiate, and coordinate the conference call necessary to facilitate the setting conference.

    Dated:  December 2, 2010

---

[1] It appears that defendant, Teli Lo, is the only defendant who is not a fugitive or who has not reached a disposition with the government.

[2] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.

[3] Once scheduled, the court will use the status/setting conference (1) to discuss the status of the case as specifically relevant to defendant, Teli Lo; (2) to discuss the status of pending non-CJA motions filed by defendant, Teli Lo; (3) to set for hearing any such pending pretrial motions that the court determines should be set for hearing after conferring with counsel; and (4) to set this matter for Trial Preparation Conference and trial.