**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 07-cr-00429-REB-05

UNITED STATES OF AMERICA,

    Plaintiff,

v.

5. TELI LO,

    Defendant.

---

**MINUTE ORDER**[1]

---

    On **January 18, 2011**, commencing at 9:00 a.m., the court shall conduct a status/setting conference. At this time, the court will use this conference (1) to discuss the status of the case as specifically relevant to defendant, Teli Lo; (2) to discuss the status of pending non-CJA motions filed by defendant, Teli Lo; (3) to set for hearing any such pending pretrial motions that the court determines should be set for hearing after conferring with counsel; and (4) to set this matter for Trial Preparation Conference and trial.

    Dated: December 8, 2010

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.